IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-02127-WDM-CBS

BETTY HURST,

    Plaintiff,

v.

ANTHONY CASTILLO,

    Defendant

and

Civil Action No. 05-cv-02128-REB-BNB

ROBERT HURST AND PATRICIA HURST,

    Plaintiffs,

v.

ANTHONY CASTILLO,

    Defendant.

## ORDER OF CONSOLIDATION

Miller, J.

This matter is before me on the Stipulated Motion to Consolidate, filed on March 15, 2006, by plaintiff and defendant ( also parties in Civil Action No. 05-cv-02128-REB-BNB). The parties agree that these two cases involve common issues of law or fact.   Because the oldest numbered case has been assigned to me, they should be consolidated into one action before me pursuant to Fed. R. Civ. P. 42 and D.C.COLO.LCivR 42.1.  The local rule

does not permit consolidation with a later assigned case as requested.

Accordingly, it is ordered that the stipulated motion to consolidate, (Docket No. 9 in Civil Action No. 05-cv-02127-WDM-CBS), is granted in part.  The two actions are consolidated for all purposes into Civil Action No. 05-cv-02127-WDM-CBS, and future filings shall bear that singular caption and number.  The order of reference to Magistrate Judge Boyd N. Boland in Civil Action No. 05-cv-02128-REB-BNB is withdrawn.

DATED at Denver, Colorado, on March 28, 2006.

BY THE COURT:


s/ Walker D. Miller
United States District Judge