IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-02127-WDM-CBS

BETTY HURST,

    Plaintiff,

v.

ANTHONY CASTILLO,

    Defendant.

and

Civil Action No. 05-cv-02128-WDM-CBS

ROBERT HURST, and
PATRICIA HURST,

    Plaintiffs,

v.

ANTHONY CASTILLO,

    Defendant.

---

### MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS ORDERED that parties' Stipulated Motion to Alter Scheduling Order (*doc. no. 23*) is **GRANTED**. The pretrial deadlines are hereby **RESET** as follows:

| | |
|---|---|
| Rule 26(a)(2) AFFIRMATIVE expert disclosures due on or before | **September 29, 2006** |
| Rule 26(a)(2) REBUTTAL expert disclosures due on or before | **October 30, 2006** |

| | |
|---|---|
| Discovery deadline | **December 3, 2006** |
| Dispositive motion deadline | **December 18, 2006** |
| Settlement Conference | **December 12, 2006 at 1:30 p.m.** |
| Updated Confidential Settlement Statements due no later than | **5:00 p.m. (Mountain Time) on December 5, 2006** |
| Final pretrial conference[1] | **April 10, 2007 at 9:15 a.m.** |
| Proposed final pretrial order due no later than | **Five (5) days before the conference** |

If parties do not file dispositive motions, they are to contact the court by dialing 303.844.2117 to reschedule the final pretrial conference for an earlier date.

**DATED:**   August 16, 2006

---

[1] Pursuant to FED.R.CIV.P. 16(d) trial counsel MUST be physically present for the pretrial conference. *No telephonic appearances will be permitted.*