IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-02127-WDM-CBS

BETTY HURST,

    Plaintiff,

v.

ANTHONY CASTILLO,

    Defendant.

and

Civil Action No. 05-cv-02128-WDM-CBS

ROBERT HURST, and
PATRICIA HURST,

    Plaintiffs,

v.

ANTHONY CASTILLO,

    Defendant.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS ORDERED that Defendant Castillo's Unopposed Motion for Rule 35 Examination of Plaintiff Robert Hurst (*doc. no. 27)* is **GRANTED**.

    IT IS FURTHER ORDERED that the Stipulated Motion for Miscellaneous Relief (*doc. no. 28)* is **GRANTED**. The following pretrial deadlines are hereby **RESET** as follows:

|  |  |
|---|---|
| Rule 26(a)(2) AFFIRMATIVE expert disclosures due on or before | **October 30, 2006** |
| Rule 26(a)(2) REBUTTAL expert disclosures due on or before | **November 30, 2006** |

*Parties are advised that all deadlines previously set by this Court, not modified herein, remain in effect.*

Further, if parties do not file dispositive motions, they are to contact the court by dialing 303.844.2117 to reschedule the final pretrial conference for an earlier date.

**DATED:**       September 27, 2006